Kenneth L. Neeley, 025899
Dane Paulsen, 029225
Nicholas T. Van Vleet, 026933
**NEELEY LAW FIRM, PLC**
1120 S. Dobson Rd., Ste. 230
Chandler, Arizona 85286
Tel: 480.802.4647 | Fax: 480.907.1648
ECF@neeleylaw.com
*Attorneys for Judgment Creditor*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carlie Kathleen Goulet<br>c/o NEELEY LAW FIRM, PLC<br> 1120 S. Dobson Rd., Ste. 230<br> Chandler, Arizona 85286,<br><br>                    Judgment Creditor,<br><br>vs.<br><br>James Ellsworth Brewer<br>11316 West Willow<br>Avondale, Arizona 85392,<br><br>                    Judgment Debtor.<br><br>Chandler Air<br>3250 N. Colorado St.<br>Chandler, AZ 85225<br>480-571-2534<br>                    Garnishee | Case No.: 2:17-mc-00030<br><br>**WRIT OF GARNISHMENT AND<br>AND SUMMONS<br>(EARNINGS)<br>(A.R.S. §12-1598.04)** |

**THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA TO THE UNITED STATES MARSHALL OR OTHER OFFICER WHO IS AUTHORIZED BY LAW TO SERVE PROCESS IN THE DISTRICT OF ARIZONA:**

You are commanded to summon garnishee named above, who is believed to be within the District of Arizona, to answer the following claims:

## STATEMENTS OF THE JUDGMENT CREDITOR

1. Judgment creditor was awarded a judgment or order against James Ellsworth Brewer, judgment debtor.

2. The original balance of the judgment, pursuant to the Arbitration Award dated March 15, 2007, was $37,153.25.

3. The amount of the outstanding balance on the judgment or order, including accrued interest and allowable costs, as of March 9, 2021, is $104,525.81, with interest accruing at the rate of 10% per annum.  However, judgment debtor is currently in compliance with terms of a settlement agreement, wherein the balance is $36,576.41, with no interest accruing.

4. Judgment creditor believes garnishee owes or will owe earnings to the judgment debtor in the next 60 days.

5. The names and addresses of all parties are listed above.

## TO THE GARNISHEE

YOU SHALL answer all the following questions in writing, under oath, on a separate document.  Your answer shall be filed with the Court Clerk within 10 business days after you are served with this Writ of Garnishment.

1. Have you identified the judgment debtor, and if not, what steps were taken to do so and why were they unsuccessful?

2. Did you employ the judgment debtor on the date you received the Writ of Garnishment and Summons (Earnings)?

3. If not employed by you on that date, what was the last day on which you did employ the judgment debtor?

4. Will you owe earnings to the judgment debtor within 60 days of the date on which you received the Writ?

5. What will be the judgment debtor's next two paydays and what is the length of the judgment debtor's pay period (e.g., daily, weekly, bi-weekly, semi-monthly)?

6. Is the judgment debtor already subject to an existing wage assignment, garnishment or levy, and if so, what is the name, address and telephone number of that judgment creditor?

---

**SUMMONS**

A Writ of Garnishment has been issued, naming you as garnishee. You are required to answer this Writ in writing, under oath, and file the answer with the Court Clerk within 10 business days after service on you. If you fail to file an answer, you may be ordered to appear in person to answer this Writ, and a default judgment may be entered against you. If a default judgment is entered against you, you may be ordered to pay the full amount shown on this Writ, plus judgment creditor's costs and attorney's fees.

---

**THIS SUMMONS IS NOT A REQUEST TO SEND MONEY TO THE COURT. DO NOT RELEASE FUNDS SUBJECT TO GARNISHMENT UNLESS THE COURT ORDERS YOU TO DO SO. IF YOU HAVE BEEN PROPERLY NAMED A GARNISHEE IN THIS ACTION, UPON RECEIPT OF THIS WRIT, YOU SHOULD IMMEDIATELY WITHHOLD NONEXEMPT EARNINGS FROM THE JUDGMENT DEBTOR'S PAYCHECK PENDING RECEIPT OF AN ORDER OF CONTINUING LIEN.**

Date _____            _Rebecca E. Kratz_
                                          Judicial Officer



ISSUED ON  1:13 pm, Mar 10, 2021
s/ Debra D. Lucas, Clerk

**NOTICE TO GARNISHEE**

**You should have been served with a blank Garnishee's Answer form. You may complete and file this form to make your required answer.**